IN THE DISTRICT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03cr181

FILED
CHARLOTTE, N. C.

JUN 16 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT ANTHONY THOMPSON | ) | |

**This matter** is before the court on Defendant's motion filed June 15, 2005 to be released from the Custody of the United States Marshal Office for a period beginning Thursday, June 16 until Friday June 17 to attend his sister's funeral.

United States Attorney Gretchen Shappert consents to Defendant's request upon the condition that the Defendant is escorted by the United States Marshal. The United States Marshal's policy prohibits escorted visitations to funeral services. Therefore, the Court finds that defendant's motion should be denied.

**IT IS THEREFORE ORDERED** that Defendant's motion to be released from custody is hereby **Denied**.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

Dated this 15th day of June, 2005

GRAHAM C. MULLEN
CHIEF JUDGE, U.S. DISTRICT COURT