UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:03CR181-MU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **SECOND FINAL ORDER** |
| v. | ) | **AND JUDGMENT** |
| | ) | **CONFIRMING FORFEITURE** |
| ROBERT ANTHONY THOMPSON | ) | **(SUBSTITUTE PROPERTY)** |

On Septermber 13, 2005, this Court entered a preliminary order of forfeiture pursuant to 21

U.S.C. §853 and Fed. R. Crim. P. 32(d)(2), based upon the defendant's conviction on Counts One

and Eight in the bill of indictment. On November 18, 2005, the United States published in the

Gaston Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the

government to dispose of the forfeited property in accordance with the law, and further notifying all

third parties of their right to petition the Court within thirty days for a hearing to adjudicate the

validity of any alleged legal interest in the property. It appears from the record that no such petitions

have been filed.

Based on the record in this case, including the affidavit submitted with the government's

supplemental motion for a preliminary order of forfeiture and the document submitted with the

present motion, the Court finds, in accordance with Fed. R. Crim. P. 32.2(c)(2) and (e)(1)(B), that

the defendant had an interest in the property listed below that is forfeitable under 21 U.S.C. §853(p).

The preliminary order of forfeiture has therefore become final as to this property, and it is subject

to forfeiture pursuant to Rule 32.2(c)(2) and Rule 32.2(e)(1)(B).

It is therefore ORDERED, ADJUDGED AND DECREED that all right, title, and interest in

the following property is hereby forfeited to the United States for disposition according to law: the

sum of $3159.55 received from the sale of defendant's 2003 Ford F550 truck by Ford Motor Credit

Corporation.

July 25, 2006:

Frank D. Whitney
United States District Judge