Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>ROBERT ANTHONY THOMPSON<br>Date of Previous Judgment: 12/10/2007 (amended)<br>(Use Date of Last Amended Judgment if Applicable) | Case No: 3:03CR00181-001<br>USM No: 09776-058<br>None<br>Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 37     Amended Offense Level: 35
Criminal History Category: VI     Criminal History Category: VI
Previous Guideline Range: 360 to life months     Amended Guideline Range: 292 to 325 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): No reduction as the defendant originally received a term of imprisonment of the statutory minimum sentence, 240 months.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated 12/10/2007 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: August 3, 2009

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge