# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

**DOCKET NO. 3:03cr181**

**V.**

**ORDER**

**ROBERT ANTHONY THOMPSON**

---

This MATTER is before the Court on Defendant's Motion to Reduce Sentence re. First Step Act (Doc. No. 398 & 386).

The defendant is out of protective custody of the Federal Bureau of Prisons. Therefore, IT IS ORDERED, that Defendants Motion to Reduce Sentence re. First Step Act (Doc. No. 398 &386) are DENIED AS MOOT.

IT IS FURTHER ORDERED that the Court;s Order (Doc. No. 406 ) is VACATED.

IT IS SO ORDERED.

Signed: September 15, 2021

Frank D. Whitney
United States District Judge